# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**MARK OSTERBACK,**

  **Plaintiff,**

**v.**                                                    **Case No. 4:16cv105-MW/CAS**

**RICK SCOTT and**
**CELESTE PHILIP, M.D.,**

  **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 55, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 63.   Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to dismiss, ECF No 45, is **GRANTED**. Count One of Plaintiff's Third Amended Complaint,

ECF No. 37 is **DISMISSED** because Governor Scott is an improper party and Count Two is **DISMISSED** as barred by the statute of limitations." The Clerk shall close the file.

      **SO ORDERED on March 17, 2018.**

                                    <u>**s/Mark E. Walker**</u>
                                    **United States District Judge**